# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH PHILLIPS *et al.*, | Case No.: 1:18-cv-00541-TSB |
| Plaintiffs, | Judge Timothy S. Black |
| vs. | |
| CITY OF CINCINNATI, *et al.*, | |
| Defendants. | PLAINTIFFS' STIPULATION OF DISMISSAL UNDER RULE 41 |

Plaintiffs dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This matter was resolved by way of a negotiated settlement.

Respectfully submitted,

/s/ Bennett P. Allen
Bennett P. Allen (96031)
BENNETT P. ALLEN, LLC
Centennial III
895 Central Avenue, Suite 310
Cincinnati, OH 45202
Phone: (513) 287-6992
Fax: (513) 721-1178
Email: ballen@econjustice.com
*Trial Attorney for Plaintiffs*

**EMILY SMART WOERNER (0089349)**
City Solicitor

/s/ Erica Faaborg (81140)
Deputy City Solicitor
Katherine Baron (92447)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone: (513) 352-4705
Fax: (513) 352-1515
E-mail: erica.faaborg@cincinnati-oh.gov
katherine.baron@cincinnati-oh.gov
*Counsel for Defendant City of Cincinnati*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2024, I electronically filed the Plaintiffs' Stipulation of Dismissal Under Rule 41 with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

               /s/Bennett P. Allen
               Bennett P. Allen